IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROBERT SUMMERS, <br>     PLAINTIFF, <br><br> v. <br><br> ABILITY RECOVERY SERVICES, LLC <br>     DEFENDANT | Case No. 5:14-cv-00645- DEW-MLH |

## DEFAULT JUDGMENT

Pursuant to Rule 55(b)(1), FRCP, it appears that judgment by default should be entered against Defendant, Ability Recovery Services, LLC, based on the following:

1. Plaintiff has certified to personal jurisdiction and service of process and that the defendant is not an infant, incompetent person, in active military service of the United States of America or its officers or agents.

2. Defendant has not appeared in this action.

3. The clerk's default of the Defendant was entered on May 23, 2014.

4. The amount claimed is a sum certain in the amount of $11,370.00, including costs and attorneys fees pursuant to 15 USC § 1692k.

5. Accordingly, Judgment is hereby entered in favor of the Plaintiff in the amount of $11,370.00, plus post-judgment interest in the amount of 8% per annum.

6. All relief not previously granted is DENIED.

The Clerk is directed to CLOSE this civil action.

IT IS SO ORDERED.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 26 day of March, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE